SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 218
San Jose, California 95112
Phone: (408) 277-0648
Fax:    (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD PFEIFFER AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>TORRES ELECTRIC, INC., A California Corporation<br><br>Defendant(s). | CASE NO.: 13-CV-03857 HRL<br><br>STIPULATION TO EXTEND THE TIME FOR TORRES ELECTRIC, INC., A CALIFORNIA CORPORATION TO FILE ITS ANSWER TO THE COMPLAINT AND ~~PROPOSED~~ ORDER |

WHEREAS, Plaintiffs filed the Complaint for Money on Breach of Collective Bargaining Agreement Violation of E.R.I.S.A. (hereinafter "the Complaint") against Defendant TORRES ELECTRIC, INC., A California Corporation (hereinafter "TORRES") on August 20, 2013.

WHEREAS, TORRES was served with the Complaint on August 27, 2013.

WHEREAS, TORRES is not currently represented by counsel.

WHEREAS, Plaintiffs and Defendant TORRES have agreed to allow TORRES until November 1, 2013 to file its answer to the Complaint.

///

Law Office of Sue Campbell
1155 N. First St,
Ste. 218
San Jose, CA 95112

STIPULATION AND ~~PROPOSED~~ ORDER
No.

1

Therefore, it is hereby stipulated by and between the Parties, subject to the Court's approval, that:

1. TORRES shall be given until and including November 1, 2013 to file an answer or other response to the Complaint;

2. All other deadlines not specifically referenced herein, remain unchanged.

Dated this 27 day of September 2013

_____
SUE CAMPBELL
Attorney for Plaintiffs


_____
TORRES ELECTRIC, INC., A California Corporation

## ORDER

Pursuant to the stipulation of Plaintiffs and Defendant TORRES ELECTRIC, INC., A California Corporation, and for good cause appearing,

IT IS SO ORDERED that the time for Defendant TORRES ELECTRIC, INC., A California Corporation to file its answer to the complaint is extended to and including November 1, 2013.

Dated: October 11, 2013

_____
MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT
HOWARD R. LLOYD