*E-Filed: November 13, 2013*

SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 218
San Jose, California 95112
Phone: (408) 277-0648
Fax: (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERALD PFEIFFER AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS,

Plaintiffs,

vs.

TORRES ELECTRIC, INC., A California Corporation

Defendant(s).

CASE NO.: 13-CV-03857 HRL

CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER

Date: November 19, 2013
Time: 1:30 P.M.
Place: Courtroom 2, 5th Floor

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served. The case is in the process of settling.

**DESCRIPTION OF THE CASE**

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds. Plaintiffs would like to continue the case until January 21, 2014. Settlement negotiations are in progress and Plaintiffs expect the case to settle. Therefore, Plaintiffs request that the case be continued until January 21, 2014, for another Case Management Conference.

Law Office of Sue Campbell
1155 N. First St, Ste. 218
San Jose, CA 95112

1

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER
No. 13-CV-03857 HRL

Respectfully submitted,

Dated: November 12, 2013

/S/
SUE CAMPBELL
Attorney for Plaintiff

**ORDER**

The Case Management Conference is hereby continued to January 21, 2014, at 1:30 P.M., in Courtroom 2, 5th Floor. ~~Plaintiff will file an update and proposed action seven (7) days prior to the Case Management Conference.~~ Parties will file a joint case management statement per Civil L.R. 16-9 and the Court's Standing Order re Contents of Joint Case Management Statement by January 14, 2014.

Dated: 11/13/13

MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT
HOWARD R. LLOYD



Law Office of Sue Campbell
1155 N. First St, Ste. 218
San Jose, CA 95112