*E-Filed: January 17, 2014*

SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 218
San Jose, California 95112
Phone:  (408) 277-0648
Fax:      (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD PFEIFFER AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS,<br><br>            Plaintiffs,<br><br>vs.<br><br>TORRES ELECTRIC, INC., A California Corporation<br><br>            Defendant(s). | CASE NO.: 13-CV-03857 HRL<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER<br><br>Date: January 21, 2014<br>Time: 1:30 P.M.<br>Place: Courtroom 2, 5th Floor |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served. Plaintiffs have filed a request to enter default and plan to take a default judgment.

## DESCRIPTION OF THE CASE

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds. Plaintiffs would like to continue the case until March 25, 2014. Settlement negotiations were not successful. Plaintiffs have filed a Request to Enter Default concurrently with this Case

1  Management Statement. Plaintiffs request 60 days to prepare the documents necessary for a
2  default judgment against Defendant. Therefore, Plaintiffs request that the case be continued until
3  March 25, 2014, for another Case Management Conference.

                                            Respectfully submitted,

Dated: January 13, 2014

                                            /S/_____
                                            SUE CAMPBELL
                                            Attorney for Plaintiff

## ORDER

   The Case Management Conference is hereby continued to March 25, 2014, at 1:30 P.M., in Courtroom 2, 5th Floor.  Plaintiff will file an update and proposed action seven (7) days prior to the Case Management Conference.

Dated:  January  17, 2014_____        _____
                                            MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT
                                            HOWARD R. LLOYD

**Law Office of Sue Campbell**
**1155 N. First St,**
**Ste. 218**
**San Jose, CA 95112**

2

CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER
No. 13-CV-03857 HRL